# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWNICE CABRAL,

    Plaintiff(s),

v.

FIRST SERVICE RESIDENTIAL, NEVADA, LLC,

    Defendant(s).

Case No. 2:25-cv-00860-MMD-EJY

**Order**

An early neutral evaluation ("ENE") is set for August 15, 2025. Docket No. 12. Pursuant to the Court's order, the parties exchanged an opening demand and counteroffer, and the parties also represented that proceeding with the ENE would not be futile. *See* Docket No. 20. Having reviewed the parties' evaluation statements, however, Plaintiff's opening demand is <u>more than 300 times</u> higher than Defendant's opening counteroffer. Given the posture of the settlement discussions, the Court finds that the ENE would be a waste of time and declines to hold one. *See* Local Rule 16-6(c) ("The evaluating magistrate judge . . . may exempt any case from early neutral evaluation on the judge's own motion").[1] Accordingly, the ENE is **VACATED**.

IT IS SO ORDERED.

Dated: August 11, 2025

                                             Nancy J. Koppe
                                             United States Magistrate Judge

---

[1] If the numbers are predicated on good faith bargaining, the ENE is futile. If the numbers are not based on reality or made in good faith, the Court declines to expend its scarce resources on such gamesmanship. Either way, an ENE is not warranted in this case.

1