JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWNICE CABRAL, an individual,<br><br>Plaintiff,<br><br>V.<br><br>FIRSTSERVICE RESIDENTIAL, NEVADA, LLC dba FIRST SERVICE RESIDENTIAL NEVADA, a Delaware limited-liability company,<br><br>Defendant. | Case No.: 2:25-cv-00860-MMD-EJY<br><br>**STIPULATION REQUESTING JOINT SETTLEMENT CONFERENCE** |

Plaintiff Shawnice Cabral and Defendant FirstService Residential, Nevada, LLC dba First Service Residential Nevada, by and through their respective counsel, hereby stipulate and request a joint settlement conference pursuant to Local Rule 16-5.

The parties have engaged in good faith settlement discussions and believe that a court-supervised settlement conference would be beneficial to the resolution of this case. The parties note

-1-
STIPULATION REQUESTING JOINT SETTLEMENT CONFERENCE

that the previously scheduled Early Neutral Evaluation was vacated by the Court on August 11, 2025, due to the significant disparity between the parties' settlement positions at that time [ECF No.21]. The parties have since continued their negotiations and now believe that a settlement conference would be productive.

    1.    November 13, 2025

    2.    November 17-19, 2025 (any day during this period)

    3.    December 1-4, 2025 (any day during this period)

    4.    December 11-12, 2025 (either day)

    5.    December 15-19, 2025 (any day during this period)

Dated this 22nd day of October, 2025.

| /s/ Michael A. Burnette | /s/ Matthew L. Durham |
|---|---|
| JEMMA E. DUNN | STEVEN B. SCOW |
| Nevada Bar No. 16229 | Nevada Bar No. 9906 |
| MATTHEW T. HALE | MATTHEW L. DURHAM |
| Nevada Bar No. 16880 | Nevada Bar No. 10342 |
| MICHAEL A. BURNETTE | MACKENZIE SODERBERG |
| Nevada Bar No. 16210 | Nevada Bar No. 16564 |
| GREENBERG GROSS LLP | KING SCOW KOCH DURHAM LLC |
| 1980 Festival Plaza Drive, Suite 730 | 11500 S. Eastern Ave., Suite 210 |
| Las Vegas, Nevada 89135 | Henderson, Nevada 89052 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED that a separate Order will be issued setting the settlement conference for a date in December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 23, 2025

-2-
STIPULATION REQUESTING JOINT SETTLEMENT CONFERENCE