JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Shawnice Cabral*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWNICE CABRAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTSERVICE RESIDENTIAL, NEVADA,<br>LLC dba FIRSTSERVICE RESIDENTIAL NEVADA, a Delaware limited-liability company,<br><br>Defendant. | Case No.: 2:25-cv-00860-MMD-EJY<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Shawnice Cabral, by and through her counsel of record, Greenberg Gross LLP, and Defendant FirstService Residential, Nevada, LLC, by and through its counsel of record, King Scow Koch Durham LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with prejudice, with each party to bear its own fees and costs.

Dated this 17th day of February, 2026

/s/ Michael A. Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
 GREENBERG GROSS LLP
 1980 Festival Plaza Drive, Suite 730
 Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

/s/ Matthew L. Durham
STEVEN B. SCOW
Nevada Bar No. 9906
MATTHEW L. DURHAM
Nevada Bar No. 10342
MACKENZIE SODERBERG
Nevada Bar No. 16564
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 18, 2026

-2-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE